IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KAMON ROSS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:22-cv-0819-WMR |
| | * |
| **PAMOJA HOLDINGS, INC.,** | * |
| | * |
| Defendant. | * |

## SECOND MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT

COMES NOW Plaintiff Kamon Ross and moves this Court pursuant to Rule 4(m), Federal Rules of Civil Procedure, for an extension of time to serve Defendant Pamoja Holdings, Inc. As grounds therefore, Plaintiff states as follows:

1. The Complaint in this case was filed on or about February 25, 2022.

2. Service was attempted on the Registered Agent of Defendant on March 4, March 5, and March 29, 2022, at the address listed with the Georgia Secretary of State. All three attempts were unsuccessful.

3. Plaintiff exercised due diligence and found another address for the Registered Agent, and service was attempted, but unsuccessful, on April 29, 2022.

4. Plaintiff is currently attempting to locate another address for the Defendant or another person to be served on behalf of Defendant. Plaintiff believes that he will be successful in serving Defendant if given another 30 days.

5. Plaintiff filed its first Motion for Extension of Time to Serve Defendant on May 17, 2022, and this Court granted said motion.

6. No parties will be prejudiced by the granting of this motion.

WHEREFORE, Plaintiff requests 30 more days in which to serve Summons and Complaint upon the Defendant.

Respectfully submitted this __15th__ day of July, 2022.

By: _/s/ *Julie McCollister*_____
Julie McCollister, Esq.
Counsel for Plaintiff
Georgia State Bar No.: 450726

McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
706-745-0057
jbmccollister@gmail.com

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister