# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KAMON ROSS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Case No. 1:22-cv-0819-WMR |
| | * |
| **PAMOJA HOLDINGS, INC.,** | * |
| | * |
| **Defendant.** | * |

## SECOND ORDER EXTENDING TIME

Upon motion of Plaintiff and for good cause shown, Plaintiff is granted an additional thirty (30) days for which serve the Defendant in this case. Service of the Summons and Complaint shall be completed on or by August 18, 2022.

So ordered this _____ day of July, 2022.

_____
William M. Ray, II
UNITED STATES DISTRICT JUDGE