# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **KAMON ROSS,** | * |
|     Plaintiff, | * |
| | * |
| v. | *  Case No. 1:22-cv-0819-WMR |
| | * |
| **PAMOJA HOLDINGS, INC.** | * |
|     Defendant. | * |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff and Defendant hereby respectfully request that this Court administratively close the file to allow thirty (30) days within which to complete the settlement, during which time Plaintiff and Defendant request that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 17th day of May, 2023.

                                                      __/s/ *Julie McCollister*_____
                                                    Julie McCollister, Esq.
                                                    Counsel for Plaintiff
                                                    Georgia State Bar No.: 450726
                                                    McCollister Law, LLC
                                                    P.O. Box 2525
                                                    Blairsville, GA 30514
                                                    (706)745-0057
                                                    jbmccollister@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

Ian E. Smith
Whitney Dupree
SPIRE LAW, LLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765
ian@spirelawfirm.com
whitney@spirelawfirm.com

/s/ *Julie McCollister*
Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister