IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAMON ROSS, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * |
| | *   Case No.  1:22-CV-0819-WMR |
| PAMOJA HOLDINGS, INC., | * |
| | * |
| DEFENDANT. | * |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 9th day of November, 2023.

__/s/ *Julie McCollister*_____
Counsel for Plaintiff
Julie McCollister
Georgia Bar No. 450726
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
709-745-0057
jbmccollister@gmail.com

__/s/ *Ian E. Smith*_____
Counsel for Defendant
Ian E. Smith
Georgia Bar No. 661492

SPIRE LAW, LLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765
ian@spirelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing Notice of Dismissal with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

Ian E. Smith
SPIRE LAW, LLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765
ian@spirelawfirm.com

*/s/ Julie McCollister*
Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

_/s/ *Julie McCollister*_____
Julie McCollister